# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **AUSTIN RICHARDS, et al.,** | }<br>} |
| **Plaintiffs,** | }<br>} |
| v. | }  Case No.: 2:22-cv-00221-RDP<br>} |
| **AMWASTE LLC,** | }<br>} |
| **Defendant.** | } |

## ORDER OF DISMISSAL

This case is before the court on the parties' Joint Motion for Approval of Settlement Agreement and Dismissal of Claims with Prejudice (Doc. # 57), filed April 28, 2023. The court has a duty to scrutinize the proposed settlement for fairness. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The court finds that the parties have reached an agreement based on a negotiated, good faith compromise of a *bona fide* dispute of back wages under the FLSA. Furthermore, the court finds that the agreement reflects a fair and reasonable resolution of the dispute between the parties. Therefore, the proposed settlement is hereby **APPROVED**. Accordingly, the parties' Joint Motion for Approval of Settlement Agreement (Doc. # 57) is **GRANTED**. The court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this April 28, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE